UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Plaintiff<br>vs.<br><br>Defendant | APPLICATION TO PROCEED<br>IN FORMA PAUPERIS<br>BY A PRISONER<br><br>CASE NUMBER: | **FILED**<br>AUG - 5 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

I, _COREY R LEQUIEU V70095_, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

2:05-CV 01559 FCD KJM PC

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _PELICAN BAY STATE PRISON_

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your pay. _NO PAY NUMBER_

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

IFPFORM Revised 5/99

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

_July 18, 2005_   _Corey Lemieux_
DATE                 SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-21-05
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _P. Root_
TRUST OFFICE

I certify that the applicant named herein has the sum of $___0___ on account to his/her credit at

__PELICAN BAY STATE PRISON__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_37.87_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_7.47_. 20% = $7.58

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_7/21/05_                _[signature] acct s sup_
DATE                     SIGNATURE OF AUTHORIZED OFFICER

14

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: JAN. 01, 2005 THRU JUL. 21, 2005

  ACCOUNT NUMBER : V70095                    BED/CELL NUMBER: AF03L 000000111U
  ACCOUNT NAME   : LEQUIEU, COREY RAYBURN         ACCOUNT TYPE: I
  PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY
        TRAN
  DATE  CODE   DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
  ----- ----   -----------      -------       ---------   --------    -----------    -------

  01/01/2005   BEGINNING BALANCE                                                        0.00

  05/04 D320   TRUST FUNDS T    4067 DVI                    80.00                      80.00
  05/13*DD30   CASH DEPOSIT     4235ML#338                  22.40                     102.40
  06/07 FC01   DRAW-FAC 1       4573  A-3                                102.00         0.40
  06/08*DD30   CASH DEPOSIT     4583ML#356                  22.40                      22.80
  06/29 FR01   CANTEEN RETUR    404853                                   102.00-      124.80
  07/08 FC01   DRAW-FAC 1       0109  A-3                                124.80         0.00


                          * RESTITUTION ACCOUNT ACTIVITY

  DATE SENTENCED: 02/14/05                        CASE NUMBER: 04CRF0422
  COUNTY CODE: ED                                 FINE AMOUNT: $    200.00

      DATE        TRANS.      DESCRIPTION                 TRANS. AMT.     BALANCE
    --------      ------      -----------                 -----------     -------

  01/01/2005    BEGINNING BALANCE                                          200.00

  05/13/05      DR30        REST DED-CASH DEPOSIT           16.00-         184.00
  06/08/05      DR30        REST DED-CASH DEPOSIT           16.00-         168.00


      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
    BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
   ---------    ---------     -----------     -------      -------       ------------
      0.00       124.80         124.80          0.00         0.00             0.00


                                                                           CURRENT
                                                                          AVAILABLE
                                                                           BALANCE
                                                                          ---------
                                                                             0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  7-21-05
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  P. Root
TRUST OFFICE