# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**COREY RAYBURN LEQUIEU,**

CASE NO: **2:05–CV–01559–FCD–KJM**

v.

**JOHN TILLMAN, ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 5/31/06**

**Jack L. Wagner**
Clerk of the Court

ENTERED: **May 31, 2006**

by: /s/ M. Krueger
Deputy Clerk